■ In the Matter of the COMMISSIONER OF SOCIAL SERVICES OF THE COUNTY OF ERIE, on Behalf of KATHLEEN MANNION, Appellant, v THOMAS MURRAY, Respondent.—Order unanimously affirmed, without costs. Memorandum: We agree with Family Court that even if it had been received in evidence, the result of the human leucocyte antigen (HLA) test indicating a 91.02% likelihood of paternity, together with the other evidence in the case, did not prove respondent's paternity by clear and convincing evidence as a matter of law (*see, Matter of Ferguson v Gonyou,* 110 AD2d 1084). On this record Family Court was warranted in disbelieving the mother's testimony. (Appeal from order of Erie County Family Court, Manz, J.—paternity.) Present—Dillon, P. J., Callahan, Boomer, Green and Schnepp, JJ.